# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL SIMS, Register No. 500526, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4273-CV-C-SOW |
| ) | |
| COOPER COUNTY, MO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 25, 2006, the United States Magistrate Judge recommended that plaintiff's motion for judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 25, 2006 Report and Recommendation is adopted [36]. It is further

ORDERED that plaintiff's motion for judgment be denied, without prejudice [23].

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 15, 2006
Kansas City, Missouri