# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| MICHAEL SIMS, Register No. 500526, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4273-CV-C-SOW |
| ) | |
| COOPER COUNTY, MO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 3, 2006, the United States Magistrate Judge recommended that defendant Drew's motion to dismiss or alternative motion for more definite statement be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's October 3, 2006 Report and Recommendation is adopted [55]. It is further

ORDERED that defendant Drew's motion to dismiss, or alternative motion for more definite statement, is denied [30].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: November 6, 2006